UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-20621-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              ORDER

MILEX JULIAN LOPEZ,

    Defendant.
_____/

THIS cause is before the Court on the Defendant's Motion to Terminate Defendant's Supervised Release (DE#96) and the Court having reviewed the matter, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the Motion is *denied but may be renewed at conclusion of 2 yr. probation/super. vision.*

DONE AND ORDERED at the United States District Court, Miami, Florida, this _14_ day of March, 2017.

                                        _____
                                        URSULA UNGARO
                                        UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record